ORIGINAL

AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
GABRIELA RIVERA (No. 283633)
Deputy Federal Public Defender
Gabriela_Rivera@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-5372
Facsimile (213) 894-0081

Attorneys for Petitioner JIMMY SUDNEY

LODGED
CLERK, U.S. DISTRICT COURT
MAR 27 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JIMMY SUDNEY,
　　　　Petitioner,
　　v.
CHAD T. WOLF, Acting Secretary of Homeland Security; et al.,
　　　　Respondents.

ED CV 20-00626-TJH-JC

**ORDER FOR APPOINTMENT OF COUNSEL**
[3]

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Deputy Federal Public Defender Gabriela Rivera is appointed to represent petitioner Jimmy Sudney in the above-captioned matter.

DATED: March 27, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*s/ Gabriela Rivera*
Gabriela Rivera
Deputy Federal Public Defender