**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jimmy Sudney | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:20-cv-00626 TJH(JC) |
| Chad T. Wolf et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____        Jesus G. Bernal
Date                             United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Judge Terry Hatter has agreed to preside over all habeas petitions filed by individual immigration detainees seeking release on bond due to the COVID-19 pandemic.

April 1, 2020                    [signature]
Date                             United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  5:18-cv-02604 JGB(SHKx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*
CV-34 (03/19)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)