UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. ED CV 20-0626-TJH(JC) | Date APRIL 2, 2020 |

Title   JIMMY SUDNEY v. CHAD T. WOLF, ET AL.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, Petitioner Sudney, or his counsel, shall file, as soon as possible, a supplemental declaration setting forth where and with whom Petitioner would reside and shelter in place if the Court were to grant the relief requested in Petitioner's ex parte application for a temporary restraining order.

After filing, a copy of the declaration shall be emailed to TJH_chambers@cacd.uscourts.gov.

IT IS SO ORDERED.

cc: all parties

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|